CANADY, J.,
concurring.
I agree with the conclusion that the death sentence imposed on Delgado cannot withstand scrutiny under this Court’s comparative proportionality jurisprudence. In Yacob v. State, 136 So.3d 539, 557-63 (Fla.2014) (Canady, J., concurring in part and dissenting in part), I expressed the view that the exercise of proportionality review by this Court is inconsistent with the conformity clause of article 1, section 17, of the Florida Constitution. My view on the subject was, however, expressly rejected by the Court majority. Until the State presents an argument justifying receding from our precedent on the subject that was clearly established in Yacob, I will follow that precedent. Accordingly, I agree with the decision to overturn the sentence of death imposed in this case.
POLSTON, J., concurs.